172 CLARK v. AMERICAN NATURAL GAS CO., Appellant.

Statement of Facts—Opinion of the Court. [38 Pa. Superior Ct.

## Clark v. American Natural Gas Company, Appellant.

Argued May 11, 1908. Appeal, No. 224, April T., 1908, by defendant, from judgment of C. P. Armstrong Co., March T., 1907, No. 220, on verdict for plaintiff in case of Jacob W. Clark v. American Natural Gas Company. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY RICE, P. J., February 26, 1909:

The questions raised on this appeal, as set forth in the statement of the questions involved and in the brief of appellant's argument, are the same as those passed upon in the case of Truby against the same defendant, ante, p. 166. For the reasons there given the judgment is affirmed.